UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL SIMPSON,<br><br>    Plaintiff,<br><br>    v.<br><br>YVONNE BREWSTER,<br><br>    Defendant. | CASE NO. 1:14-cv-1536-MJS (PC)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>**(ECF No. 6)** |

    Plaintiff is a civil detainee proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on October 1, 2014, and filed an application to proceed in forma pauperis by a prisoner. (ECF Nos. 1 & 2.) On November 5, 2014, the Court ordered Plaintiff to submit an application to proceed in forma pauperis for a non-prisoner, or to pay the $400 filing fee within thirty days. (ECF No. 5.) Plaintiff did not respond to the Court's order.

    On December 29, 2014, the Court ordered Plaintiff to show cause why the action should not be dismissed for failure to obey a court order, or to file an application to proceed in forma pauperis or pay the $400 filing fee within thirty days. (ECF No. 6.) Plaintiff submitted an application to proceed in forma pauperis on the appropriate form on January 20, 2015. (ECF No. 7.)

    Based on the foregoing, the order to show cause (ECF No. 6), filed December 29,

1  2014, is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:    January 23, 2015              /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE